No. 133. Solomon et al. v. United States, *ante*, p. 890;

No. 403. Borrow v. Federal Communications Commission, *ante*, p. 892;

No. 405. Baca et al. v. United States, *ante*, p. 892;

No. 418. Evans et al. v. Pennsylvania, *ante*, p. 899;

No. 425. United Shoe Machinery Corp. v. Hanover Shoe, Inc., *ante*, p. 901;

No. 426. Kirschke et al. v. City of Houston, *ante*, p. 474;

No. 431. Ford Motor Co. v. Pace et al., *ante*, p. 444; and

No. 343, Misc. Carrillo v. United States, *ante*, p. 905. Petitions for rehearing denied.

January 10, 1961.

No. ——. Danner, Registrar, University of Georgia, v. Holmes et al. Motion to vacate order setting aside supersedeas and stay pending appeal presented to Mr. Justice Black, and by him referred to the Court, denied. *Eugene Cook*, Attorney General of Georgia, and *B. D. Murphy* and *E. Freeman Leverett*, Assistant Attorneys General, on the motion. *Thurgood Marshall, Constance Baker Motley, Jack Greenberg* and *James M. Nabrit III*, in opposition, for respondents.

January 16, 1961.

No. 200. Lathrop v. Donohue. Appeal from the Supreme Court of Wisconsin. (Question of jurisdiction postponed to hearing on the merits, *ante*, p. 810.) Motion of *David Levinson* for leave to proceed *in forma pauperis*, as *amicus curiae*, is denied.